IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL YOUNG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | No. 10-1897 |
| | : | |
| **WARDEN, PHILADELPHIA PRISON** | : | |
| **SYSTEM AT CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILITY**, *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of May, 2010, it is **ORDERED** as follows:

1. The application to proceed *in forma pauperis* (Document No. 1) is **DENIED WITHOUT PREJUDICE**;

2. If plaintiff files with the Clerk within twenty (20) days from the date of this Order a certified copy of his inmate trust fund account statement for the six-month period preceding the filing of his complaint and obligates himself to pay the $350.00 filing fee, this action will be reinstated; and

3. The Clerk of Court shall **CLOSE** this action statistically.

      /Timothy J. Savage
     TIMOTHY J. SAVAGE, J.